

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: MJ-19-1244 |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| DEMARIO DYSHAWN WILSON, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of Michigan for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on absconded from supervision; felony conviction while on supervision

and/or

1  B.  ( ) The defendant has not met his/her burden of establishing by clear and
2      convincing evidence that he/she is not likely to pose a danger to the safety of any
3      other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4      finding is based on: _____
5      _____
6      _____
7      _____
8

9      IT IS THEREFORE ORDERED that the defendant be detained pending the further
10  revocation proceedings.
11
12  Dated: March 27, 2019
                                              *Alicia G. Rosenberg* (signature)
                                              ALICIA G. ROSENBERG
13                                            United States Magistrate Judge